

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/14/2018

| | | |
|---|---|---|
| IN RE: | § § | |
| KARIA Y WM HOUSTON, LTD. | § § | CASE NO. 18-30521-H1-11 |
| | § | (Chapter 11) |
| DEBTOR. | § | |

## FINAL DECREE CLOSING CASE

The estate of the debtor Karia WM Houston, Ltd. has been fully administered.

THEREFORE, it is

ORDERED that the chapter 11 case of **Karia WM Houston, Ltd,** the above named Debtor, is **CLOSED as of the date this Order is signed**.

Signed: December 14, 2018

_____
Marvin Isgur
United States Bankruptcy Judge

_____
DAVID R. JONES
CHIEF UNITED STATES BANKRUPTCY JUDGE